# United States Court of Appeals
## For the First Circuit

No. 01-2709

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ AMADO-NÚÑEZ,

Defendant, Appellant.

The opinion of this Court, issued on February 6, 2004, should be amended as follows:

On page 4, line 1, replace "(2001)." with "(D.P.R. 2001).".